UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION, AT CHATTANOOGA

| | |
|---|---|
| Justin Lee Posey | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| Abigail Rose Barnette; Jennah Pritchard; | ) |
| Seth Snyder; Stephen Warner; Cory Fox; and | ) |
| the City of Cleveland, Tennessee | ) |
| | ) |
| Defendants | ) |

**NOTICE OF REMOVAL**

COME Defendants, Seth Snyder, Stephen Warner, Cory Fox and the City of Cleveland, Tennessee (collectively referred to as "Defendants"), through respective undersigned counsel, pursuant to 28 U.S.C. §1441(c)(2) and 28 U.S.C. §1446, and file this Notice of Removal.[1] As grounds therefore, Defendants would show as follows:

I.

That the Plaintiff filed his Complaint against Defendants on or about June 6, 2022, in the Circuit Court of Bradley County, Tennessee, Docket No. V-22-325.

II.

That a Summons issued for Defendant, Seth Snyder, and a copy of the Complaint were served upon Seth Snyder on or about June 15, 2022.

III.

---

[1] Please note this Notice of Removal applies only to the claims asserted against Seth Snyder, Stephen Warner, Cory Fox, and the City of Cleveland, Tennessee.

That a Summons issued for Defendant, Stephen Warner, and a copy of the Complaint were received by Abby Bianucci of the Cleveland Police Department on or about June 7, 2022.

IV.

That a Summons issued for Defendant, Cory Fox, and a copy of the Complaint were received by Abby Bianucci of the Cleveland Police Department on or about June 7, 2022.

V.

That Plaintiff brought claims against Defendants in this matter pursuant to 42 U.S.C. §1983 and §1988.

That Plaintiff has alleged against Defendants violations of his rights under the Fourth and Fourteenth Amendments to the United States Constitution.

VI.

That, pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, the Defendants are entitled to remove this case to federal Court.

VII.

That this Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) in that it is filed within thirty (30) days after the original filing and within thirty (30) days after the receipt by the Defendants of the Summons and Complaint.

VIII.

That, according to the Plaintiff's Complaint, this case involves an incident that occurred in Bradley County, Tennessee.

That this Court is the district court for the district embracing Bradley County, Tennessee.

That, pursuant to 28 U.S.C. §1331, this Court has jurisdiction over this case.

IX.

That Exhibit A contains all the process, pleadings, or other documents contained in the court file of the Circuit Court of Bradley County, Tennessee, Case No. V-22-325.

X.

That pursuant to 28 U.S.C. §1441(c)(2), each Defendant against whom "a claim arising under the Constitution, laws, or treaties of the Unites States," consents to the removal of this action to the U.S. District Court for the Eastern District of Tennessee.

XI.

That Defendants expressly reserve the right to raise all defenses and objections in this case after this action has been removed to this Court.

WHEREFORE, Defendants pray that the above-referenced cause of action be removed from the Circuit Court of Bradley County, Tennessee, to This Honorable Court.

SETH SNYDER, STEPHEN WARNER, CORY FOX, AND THE CITY OF CLEVELAND, TENNESSEE

By: s/ *Philip Aaron Wells*
 Ronald D.

Wells BPR# 011185

Philip Aaron Wells, BPR# 036248
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN   37450
Telephone:   (423) 756-5051
kgrant@rswlaw.com
awells@rswlaw.com
*Attorneys for Defendants, Seth Snyder, Stephen Warner, Corey Fox, and the City of Cleveland, Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                                Robinson, Smith & Wells, PLLC

                                                By: ____*s /Philip Aaron Wells*____

cc:    Gary L. Henry, Attorney
        Law Office of Gary L. Henry
        P.O. Box 23115
        Chattanooga, TN 37422
        Telephone: (423) 521-0549
        Facsimile: (423) 828-1358
        Email: gary@ghenrylaw.com
        *Attorney for Plaintiff*

        Jennah Pritchard
        3720 Dockery Street
        Cleveland, Tennessee 37323

        Matthew Brinkman
        225 Covenant Dr., NE
        Cleveland, TN 37323

        Lee University
        c/o Olivia Eaves
        1120 North Ocoee St.
        Cleveland, TN 37311

        Abigail Rose Barnette
        1038 Dunsmore Dr.
        Chelsea, AL 35043

dlw/062122/RDW/clevelandposey.notice of removal.federal