# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| JUSTIN LEE POSEY, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> CITY OF CLEVELAND, TENNESSEE, *et al.*, ) <br> ) <br> ) <br> *Defendants*. ) | Case No. 1:22-cv-170 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Christopher H. Steger |

## ORDER

For the reasons stated in the accompanying memorandum opinion, the remaining state claims against Defendant Jennah Pritchard are **REMANDED** to the Circuit Court for Bradley County, Tennessee. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
 CLERK OF COURT